THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tashon Sampson, Appellant.
 
 
 

Appeal From Williamsburg County
 Paula H. Thomas, Circuit Court Judge
Unpublished Opinion No. 2008-UP-524
Submitted September 2, 2008  Filed
 September 9, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Tashon Sampson guilty of murder, attempted armed robbery, criminal
 conspiracy, and possession of a weapon during the commission of a violent
 crime.  Sampson argues the trial court
 erred in allowing the State to amend its indictment after it had rested its
 case to state the offense took place on February 18, 2003, when the original indictment
 indicated the crimes occurred on February 17, 2003.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 Sampsons appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.